# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. DAVIS,<br><br>          Plaintiff,<br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, a public entity; JAMES NICHOLSON, Secretary of Veterans Affairs; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Civil No. 05cv2273 J (WMc)<br><br>**ORDER RE: ORAL ARGUMENT** |

      Currently scheduled on this Court's calendar for June 4, 2007, is a Motion for Leave to File First Amended Answer of Defendant James Nicholson, Secretary of Veterans Affairs. [Doc. No. 27.] The Court finds the motion suitable for determination on the papers submitted and without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required on June 4, 2007.

      **IT IS SO ORDERED.**

DATED: May 29, 2007

                                                  HON. NAPOLEON A. JONES, JR.
                                                  United States District Judge

cc: Magistrate Judge McCurine
     All Counsel of Record