UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>HON. R. JAMES NICHOLSON, as Secretary of Veteran Affairs; and DOES 1 through 100, Inclusive,,<br><br>        Defendants. | Case No. 05 CV 2273 J (WMc)<br><br>**ORDER DENYING JOINT MOTION TO MODIFY SECOND AMENDED SCHEDULING ORDER** |

### I. INTRODUCTION

On October 30, 2007, the parties filed a Joint Motion to Modify the Second Amended Scheduling Order in the above-entitled matter. [Doc. No. 36.] For the reasons stated below the joint motion is **DENIED.**

### II. STANDARD GOVERNING MODIFICATION OF PRETRIAL SCHEDULING ORDERS

Rule 16 of the Federal Rules of Civil Procedure provides that a scheduling order "shall not be modified except upon a showing of good cause." Fed. R. Civ. Proc. 16(b). Accordingly, when parties seek to continue deadline set by the court, they must first show good cause exists for the modification. *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). The good cause standard "primarily considers the diligence of the party seeking the amendment."

*Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." *Zivkovic*, 302 F.3d at 1087.

### III. DISCUSSION

Here, the parties have requested a modification of the scheduling order in order to allow them more time between the date of the mandatory settlement conference with Judge McCurine and their December 10, 2007 pre-trial conference with the Hon. Napoleon A. Jones. [Joint Motion, 2:1-3.] Presently, the parties' mandatory settlement conference is scheduled for November 28, 2007.[1] However, Judge McCurine has availability on his calendar to hold a mandatory settlement conference earlier than the presently scheduled date of November 28, 2007. Consequently, good cause has not been shown to reschedule the pre-trial conference and dates attendant to it when a mandatory settlement conference may be held earlier than requested by counsel. The parties' joint motion is, therefore, **DENIED**.

### IV. CONCLUSION AND ORDER

The Court will hold a Mandatory Settlement Conference on **November 6, 2007** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.

**IT IS SO ORDERED.**

DATED: November 1, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE NAPOLEON A. JONES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

---

[1] The Court notes that the mandatory settlement conference was originally scheduled for November 9, 2007, but was **rescheduled at the request of the parties** on September 7, 2007. [Doc. No. 32.]